UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Joseph Assadourian

_(In the space above enter the full name(s) of the plaintiff(s)/petitioner(s).)_

08 Civ. 4732 (RWS) (FM)

-against-

William D. Brown,
Superintendant
Eastern N.Y. Correctional Facility

**APPLICATION FOR THE COURT
TO REQUEST COUNSEL
PURSUANT TO 18 U.S.C. § 3006A(g)**

_(In the space above enter the full name(s) of the defendant(s)/respondent(s).)_

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/8/08

1. Name of applicant. Joseph Assadourian

2. Explain why you feel you need a lawyer in this case. (Use additional paper if necessary)
   I filed the petition with help from inmate legal assistant who left facility, and the complexity of the issues are beyond my understanding of the law.

3. Explain what steps you have taken to find an attorney and with what results. (Use additional paper if necessary)
   I have written to a few attorneys for Pro Bono assistance, but was denied.

4. If you need a lawyer who speaks in a language other than English, state what language you speak:

5. I understand that if a lawyer volunteers to represent me and my lawyer learns that I can afford to pay for a lawyer, the lawyer may give this information to the Court.

6. I understand that if my answers on my Request to Proceed *In Forma Pauperis* are false, my case may be dismissed.

7. **I declare under penalty of perjury that the foregoing is true and correct.**

Dated: 6-16-08

Signature

Rev 07/2007

This application is granted and referred to Pro Se Office for possible assignment of counsel. So ordered.
Sweet USDJ
7-1-08