```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------X
JOSEPH ASSADOURIAN,
                    Petitioner,    X

        vs                         X         08 Civ.4732(RWS)
                                   X
William D. Brown, Superintendent
Eastern NY Correctional Facility.  X              O R D E R

                                   X
                    Respondent.
                                   X
------------------------------------
```

**Sweet, D.J.,**

Petitioner Joseph Assadourian filed this action on May 20, 2008 pursuant to 28 USC § 2254 for a writ of habeas corpus. I have preliminarily considered the petition and I direct that the respondent file an answer or motion within forty (40) days of the date of this order.

The clerk of the court is directed to serve, by certified mail return receipt requested, a copy of this order and the underlying petition on respondent and the Attorney General of the State of New York.

It is so ordered.

**New York, NY**

July 27, 2008

_____
ROBERT W. SWEET
U.S.D.J.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/24/08