



9-4-08

STATE OF NEW YORK
OFFICE OF THE ATTORNEY GENERAL

ANDREW CUOMO
Attorney General

CRIMINAL DIVISION
Federal Habeas Corpus Section

Writer's Direct Telephone No
(212) 416-6037

August 22, 2008

*So ordered*

*Buerce To S.O.S*
*8.28.08*

Honorable Robert W. Sweet
United States District Judge
Southern District of New York
500 Pearl Street, Room 1920
New York, New York 10007

Re:    Assadourian v. Brown
       08 CV 4732 (RWS)

Dear Judge Sweet:

I am assigned to handle the above-reference habeas petition, and according to Your Honor's order, dated July 23, 2008, respondent's papers are due by September 2, 2008. I currently have several older district court cases and a Second Circuit brief that must be filed before this one. Accordingly, I am requesting an extension of time until November 4, 2008, to file the Attorney General's response.

I contacted counsel for petitioner, David Lewis, Esq. for his consent to this extension, but I was informed that Mr. Lewis is out of town. I am leaving for vacation today and will not return until September 2, 2008. As a result, I could not wait to hear back from Mr. Lewis.

Thank you for your consideration in this matter.

Respectfully Submitted,

Alyson J. Gill (AJG 4615)
Assistant Attorney General
Alyson.Gill@oag.state.ny.us

cc:    David Lewis, Esq.
       Lewis & Fiore
       225 Broadway, Suite 3300
       New York, New York 10006